IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
AT AKRON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-50970 |
| | ) | |
| AME TERESS POINDEXTER | ) | CHAPTER 13 |
| | ) | |
| | ) | BANKRUPTCY JUDGE |
| Debtor | ) | ALAN M. KOSCHIK |
| | ) | |
| | ) | REPLY TO DEBTOR'S OBJECTION |
| | ) | TO PROOFS OF CLAIM 3, 4, 5, 6 AND 7 |
| | ) | OF KRISTEN M. SCALISE, |
| | ) | SUMMIT COUNTY FISCAL OFFICER |
| | ) | AND WITHDRAWAL OF CLAIMS |

Now comes the Creditor, Kristen M. Scalise, Summit County Fiscal Officer, and hereby responds to the Objection of the Debtors to the Proofs of Claim 3, 4, 5, 6 and 7 filed by Creditor for delinquent real property taxes for the real property identified as permanent parcel numbers 68-46303, 68-46325, 68-46326, 68-46329 and 68-46335 on June 14, 2016. For the following reasons, this Creditor withdraws Claims 3, 4, 5, 6 and 7.

1. On June 10, 2016 the Debtor modified her Chapter 13 Plan prior to its confirmation to provide that if her motion to transfer the real estate identified as permanent parcel numbers 68-46303, 68-46325, 68-46326, 68-46329 and 68-46335 is not granted, the Debtor shall surrender this real estate,

2. On June 17, 2016 this Court issued an order permitting the Debtor to transfer these real estate parcels, and

3. It appears that on July 8, 2016 the debtor transferred her legal interest in these parcels to an Eric D. Garrett, Sr.

1

Wherefore, Creditor, Kristen M. Scalise, Summit County Fiscal Officer, hereby withdraws Claims 3, 4, 5, 6 and 7.

Respectfully submitted,

/s/Timothy J. Walsh
Timothy J. Walsh, #0002600
Attorney for Creditor Kristen M. Scalise
Summit County Fiscal Officer
53 University Avenue, 7th Floor
Akron, Ohio 44308
(330)643-2490/(330)643-8540Fax
twalsh@summitoh.net

## CERTIFICATE OF SERVICE

I certify that on the 20th day of July, 2016, copies of this Reply to the Debtor's Objection to Proofs of Claim and Withdrawal of Claims were served by regular U.S. Mail or by electronic mail to the persons listed below:

Robert M. Whittington, Jr.
Attorney for Debtor

Keith L. Rucinski
Chapter 13 Trustee

Office of the US Trustee

Ame Teress Poindexter
480 Massillon Road, #G
Akron, Ohio   44306

/s/Timothy J. Walsh
Timothy J. Walsh, #0002600
Attorney for Creditor Kristen M. Scalise

16-50970-amk    Doc 41    FILED 07/20/16    ENTERED 07/20/16 15:00:30    Page 2 of 2